# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-22-00451-CV

**Chupik Properties and Design, Inc., and Randall Chupik, Appellants**

**v.**

**MCCS, Ltd., Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-006861, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court issued its opinion and judgment in this case April 24, 2024. On June 20, 2024, appellants and appellee filed a joint motion notifying the Court that they had reached a mutual settlement of the underlying claims and requesting that we dismiss the case with prejudice.[1] *See* Tex. R. App. P. 42.1(a)(2)(A). Accordingly, we grant the parties' joint motion, vacate the trial court's judgment, withdraw our judgment dated April 24, 2024, and dismiss the case with prejudice. *See id.* R. 42.1(a)(2)(A), (c), 43.2(e). We tax costs against the party incurring same.

---

[1] This Court granted appellee's multiple motions for extension of time to file a motion for rehearing and has construed the parties' joint motion as a motion for rehearing. *See* Tex. R. App. P. 19.1 (providing that pending motion for rehearing extends appellate court's period of plenary power).

 

                         _____

                                 Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Theofanis

Vacated and Dismissed on Motion for Rehearing

Filed:   July 5, 2024